We'll hear the next case, Salvador v. Touro College. Salvador v. Touro College Can I start, Your Honor? Yes, Mr. Salvador. Good morning. Go ahead. Thank you, Your Honor, for giving me this opportunity and privilege to present my oral argument today. My name is Litigarius Salvador, a former LLM student of Touro Law College. I'm here, Your Honor, because I contend that in the decision that was made, what was right was made wrong, whereas what was wrong was made right. So what I'm going to do today is to highlight the following facts of the case. In fact, I have prepared a copy with the supporting evidences of what I'm going to highlight today. I'm a real estate broker and also worked as a mortgage manager when the economy went down, so I thought of reinventing my resume, my qualification. So I have no time to go to school, so I thought of attending an online class. My intention was to understand the law. So I finished the Juris Doctor quickly online, and in January of 2011, I decided to explore which university that I need to attend, because I got the information that Washington, D.C., allows students who finish their online degree from any college or university, provided that they will have to earn certain courses in an ABA-approved law school. I then eagerly submitted my application to Toro College, but at the time, I don't have the official transcript of record. But then I have the confirmation that I already graduated, and it indicates— Let me ask you a question. Yeah. You sued Toro in state court? In the state court. Did you do that? My lawyer was the one who initiated that, because— Your lawyer filed a lawsuit? My lawyer did. My lawyer did. And you lost that case? I did. Is this case different from that case in any way? It is not, but I will have to tell you what's wrong in the case, Your Honor. Allow me to just explain why I am here today. Okay, so in January 2011, I submitted my biodata plus two essays with a statement of purpose in taking LLM, including photocopies of transcripts, where faxed to Susan Thompson. She is the Ph.D. director of admissions for pre-evaluation, clearly indicating therein that I was in the United States from 1977 to 2011 with a temporary resident card. I attended several universities, like Laredo State University, John Jay College, where I finished master of public administration. I attended CUNY and finished academic requirements for doctor of political science. I didn't write my dissertation. And then I attended Novos University online. And then the interviewers were informed that this university or college is in California. I graduated in 2011. The schools that I clearly attended were all here in the United States, and I was 14 years in the United States when I attended Toro. In January 21, 2011, Daniel Derby and Susan Thompson scheduled the interview. I told both interviewers about my educational qualification and that I clearly indicated that Novos School has an office in California. The phone and address were provided to the interviewers as cleaned from the documents faxed to them. Derby and Thompson personally handed me the acceptance letter after the interview. Mr. Salvador? Yes. The red light means you're out of time. You're out of time. Why don't you finish up? It's not over, Your Honor? The red light means you're out of time. Oh. You should finish up. I'm going to give you a moment to finish up. Okay. In fact, what I did, Your Honor, is I wrote the things that I'm supposed to tell you. So can I just submit this to you? Well, copies? Do you have copies? I have copies for everybody. We also have read your briefs. Go ahead. We'll take it, but make sure you give a copy to everyone else. Yeah, I'll provide the copy. Okay. Okay. Why don't you give it to the deputy? Yeah. And then we thank you for your arguments. I'll give one for you. Okay. Thank you. We're going to reserve decision. We're going to hear from the other side first. If it wishes to argue. May it please the Court, I'm Michael Newman, and I represent the defendant appellant in this matter. On a personal note, it's been 20 years since I've had a matter pending before the Second Circuit, and I thank the appellant in this court for the opportunity to again appear before it. Turning to the merits, the district court's memorandum and order was well articulated and soundly reasoned and is supplemented by our brief demonstrating that there is no basis to appellant's arguments. For these reasons, the district court's decision should be affirmed, and if there are no questions, I rest on my brief. Thank you. We'll reserve decision. Thank you. You'll get something, Mr. Salvador, you'll get something from us in writing. Thank you.